# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>REBECCA BOUNDS, et al.,<br><br>    Defendants. | 1:19-cv-00806-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Joseph Michael Miller, a state prisoner proceeding *pro se*, filed this civil action on June 10, 2019, along with an application to proceed *in forma pauperis*. (Doc. Nos. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not clear. Plaintiff's application indicates that he has cash (or checking or savings accounts), but it is unclear to the Court whether the stated total amount is $2300.00 or $23.00. (Doc. No. 2 at 2.) Absent clear information, the Court cannot adequately address the application.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached prisoner application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

    Dated: **June 12, 2019**            /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE