UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSEPH MICHAEL MILLER, | No. 1:19-cv-00806-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| REBECCA BOUNDS, et al., | |
| Defendants. | |
| | (Doc. No. 9) |

Plaintiff Joseph Michael Miller, a state prisoner, is proceeding *pro se* and *in forma pauperis* in this civil action. In this action, plaintiff is asserting claims against his ex-wife and her attorney. (*See generally* Doc. Nos. 1, 8.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2019, the assigned magistrate judge issued findings and recommendations, recommending dismissing plaintiff's first amended complaint ("FAC") for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. (Doc. No. 9.) The findings and recommendations were served on plaintiff with instructions that any objections thereto must be filed within fourteen (14) days after service of the order. On September 3, 2019, plaintiff filed a document wherein he (1) asserted additional allegations in support of his claims

1

and (2) requested an extension of time to file an amended complaint. (Doc. No. 10). On September 5, 2019, plaintiff filed untimely objections to the findings and recommendations. (Doc. No. 11.) The court construes both the additional allegations set forth in plaintiff's September 3, 2019 filing as well as the September 2, 2019 filing as objections to the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, including plaintiff's objections and his request to file an amended complaint, the court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections do not meaningfully dispute the magistrate judge's findings that: (1) the FAC does not adequately alleged federal jurisdiction; and (2) plaintiff cannot allege civil rights claims arising under 42 U.S.C. § 1983 against private actors, such as his ex-wife and her attorney.

Accordingly,

1. The findings and recommendations issued on August 13, 2019 (Doc. No. 9) are adopted in full;
2. This action is dismissed based on lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted;
3. Plaintiff's request for an extension of time to file an amended complaint (Doc. No. 10) is denied as having been rendered moot by this order dismissing this action; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 3, 2020**   ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
UNITED STATES DISTRICT JUDGE